E. BRYAN WILSON
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Stephan.Collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:21-cr-00095-SLG-KFR |
| Plaintiff, | ) ) | COUNT 1: |
| | ) | CONSPIRACY TO DISTRIBUTE |
| v. | ) | AND POSSESS WITH THE INTENT |
| | ) | TO DISTRIBUTE CONTROLLED |
| DUSTIN KATTERMAN, JEREMY | ) | SUBSTANCES |
| ANDREWS, and DANIELLE | ) | Vio. of 21 U.S.C. §§ 846 and |
| O'JONES, | ) | 841(a)(1), (b)(1)(B) |
| Defendants. | ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

Beginning at some exact time unknown to the Grand Jury, but at least between on or about October 22, 2021, and ending on or about October 29, 2021, within the District of

Alaska and elsewhere, the defendants, DUSTIN KATTERMAN, JEREMY ANDREWS, and DANIELLE O'JONES, did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, to wit: 40 or more grams of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N propenamide) and 100 grams or more of a mixture or substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Stephan A. Collins
STEPHAN A. COLLINS
Assistant U.S. Attorney
United States of America

s/ Christina Sherman for
E. BRYAN WILSON
Acting United States Attorney
United States of America

DATE: November 16, 2021